# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

FARM CREDIT LEASING
SERVICES CORPORATION                                                PLAINTIFF

v.                                                     CIVIL NO: 1:18-cv-84-HSO-JCG

LEWIS LEE CHILDRESS                                            DEFENDANT

## FINAL DEFAULT JUDGMENT

In accordance with the Order entered herewith granting in part and denying in part Plaintiffs' Motion for Default Judgment [12],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Farm Credit Leasing Services Corporation against Defendant Lewis Lee Childress pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Plaintiff Farm Credit Leasing Services Corporation shall recover from Defendant Lewis Lee Childress judgment in the amount of $185,599.12, inclusive of pre-judgment costs and attorney's fees, plus post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2018.

                                                           *s/ Halil Suleyman Ozerden*
                                                           HALIL SULEYMAN OZERDEN
                                                           UNITED STATES DISTRICT JUDGE